### 12443.  BLOUNT *v.* THE STATE.

BROYLES, C. J.  The verdict was amply authorized by the evidence, and none of the grounds of the amendment to the motion for a new trial shows reversible error.

    *Judgment affirmed. Luke and Bloodworth, JJ., concur.*
    DECIDED JUNE 30, 1921.

    Indictment for cheating and swindling; from Tattnall superior court — Judge Sheppard. April 6, 1921.

    *A. S. Way, S. B. McCall,* for plaintiff in error.

    *J. Saxton Daniel, solicitor-general,* contra.